IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**OMARI HOWARD PATTON**
Reg #07410-068
                                                                            PETITIONER

v.                          No. 2:23-cv-246-DPM

**CHAD GARRETT, Warden,**
**Forrest City Correctional Complex**
**Medium, Forrest City, Arkansas**                      RESPONDENT

### ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 22*, and overrules Patton's objections, *Doc. 23-25*. Fed. R. Civ. P. 72(b)(3). Patton's motions, *Doc. 26 & 27*, are denied. The Court reviewed the complete transcript of Patton's sentencing hearing. *Doc. 199* in *United States v. Patton*, Case No. 2:22-cr-121-WSS-1 (W.D. Pa. 17 November 2023). Patton's § 2241 petition, *Doc. 1*, will be dismissed with prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2024