# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**OMARI HOWARD PATTON**　　　　　　　　　　　　**PETITIONER**
**Reg #07410-068**

v.　　　　　　　　No. 2:23-cv-246-DPM

**CHAD GARRETT, Warden,**
**Forrest City Correctional Complex**
**Medium, Forrest City, Arkansas**　　　　　　　　**RESPONDENT**

## JUDGMENT

Patton's § 2241 petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 August 2024