# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**OMARI HOWARD PATTON**                                      **PETITIONER**
**Reg #07410-068**

v.                              No. 2:23-cv-246-DPM

**CHAD GARRETT, Warden,**
**Forrest City Correctional Complex**
**Medium, Forrest City, Arkansas**                           **RESPONDENT**

## ORDER

Motion for copies, *Doc. 33*, granted. The Court directs the Clerk to send Patton copies of the Order, *Doc. 28*, and Judgment, *Doc. 29*.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2024